**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert WEAVER, Defendant–
Appellant.**

No. 06–14276
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 21, 2007.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Howard L. Greitzer, appointed counsel for Robert Charles Weaver, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and his conviction and sentence are **AFFIRMED.** Weaver's *pro se* motion for appointment of new counsel is **DENIED** as moot.